JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JULIUS EARL EDWARDS,** | NO. ED CV 14-390 VBF (VBK) |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| BRIAN KOEHN, | |
| Respondent. | |

Pursuant to the Court's Opinion & Order issued this same date, this action is dismissed without prejudice.

DATED: April 11, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE